## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) INC. and CADILA HEALTHCARE LTD. (d/b/a ZYDUS CADILA), <br><br> Defendants. | Civil Action No.: 3:19-cv-00529-BRM-LHG <br><br> *Electronically Filed* |

### STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Gilead Sciences, Inc. ("Gilead") and Emory University ("Emory") and Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. (collectively, "Zydus"), through their undersigned counsel and subject to the Court's approval, as follows:

1. All claims, counterclaims, affirmative defenses, and/or causes of action asserted by the parties against each other in the above-captioned action by and between Gilead, Emory and Zydus are hereby dismissed *with prejudice*;

2. Either party may write to the Court to reopen this matter and restore it to the active docket at any time within sixty (60) days after discussions between the parties to cure any objections raised by the Federal Trade Commission and/or Department of Justice; and

3. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: August 13, 2019

*s/ Liza M. Walsh*
Liza M. Walsh
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
Tel: 973-757-1100
Fax: 973-757-1090

*s/ Zhibin Li*
Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, New York 10281
Telephone: 212-415-8600
Facsimile: 212-303-2754

*s/ Christopher Borello*
Christopher Borello
Frederick Millett
VENABLE | FITZPATRICK
Venable LLP, 1290 Avenue of the Americas
New York, NY 10104

*s/ Michael J. Gaertner*
Michael J. Gaertner
Myoka Kim Goodin
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-443-0700
Facsimile: 312-443-0336

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd.*

IT IS SO ORDERED THIS 28th day of August, 2019

_____
Honorable Brian R. Martinotti, U.S.D.J.

2